**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Oliver M. DOTTS, Defendant–Appellant.**

**No. 05–1704.**

United States Court of Appeals, Seventh Circuit.

Submitted Sept. 22, 2005.*

Decided Oct. 4, 2005.

* Dotts's motion to waive oral argument is granted. Consequently, the appeal is submit-

Angela Scott, Office of the United States Attorney Criminal Fairview Heights, IL, for Division, Plaintiff–Appellee.

Alok Kale, Humphrey, Seigler & Kale, St. Louis, MO, for Defendant–Appellant.

Before COFFEY, ROVNER, and WOOD, Circuit Judges.

ORDER

Oliver Dotts pleaded guilty to one count of assaulting a federal officer in violation of 18 U.S.C. § 111(a). As part of the plea agreement, he waived the right to appeal his sentence, and there is no applicable exception to the waiver's enforceability. After the Supreme Court decided *United States v. Booker*, —— U.S. ——, 125 S.Ct.

ted on the briefs and the record. *See* Fed. R.App. P. 34(f).

738, 160 L.Ed.2d 621 (2005), the district court sentenced Dotts to 48 months' imprisonment, exceeding the upper limit of the guidelines' recommended sentence of 15 to 21 months yet nevertheless below the statutory maximum of eight years. Wright now argues that his sentence was unreasonably severe, but his appeal waiver did not contain an "escape hatch" enabling him to challenge his sentence based on our application of *Booker*. *See United States v. Bownes*, 405 F.3d 634, 636–37 (7th Cir. 2005); *United States v. Roche*, 415 F.3d 614, 617 (7th Cir.2005); *United States v. Cieslowski*, 410 F.3d 353, 362 (7th Cir. 2005); *United States v. Lockwood*, 416 F.3d 604, 608 (7th Cir.2005). This appeal is DISMISSED.